20284. Boston Dry Goods Company *et al. v.* Rosa Jarmoulowsky Company.

Broyles, C. J. 1. The amendment to the motion for a new trial is not argued or referred to in the brief of counsel for the plaintiff in error, and, therefore, is treated as abandoned.

2. This case was tried by the judge without the intervention of a jury. The evidence, while conflicting, authorized the judgment rendered, and the refusal to grant a new trial was not error.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

Decided April 15, 1930.

*Isaac M. Wengrow, Henry H. Tisinger,* for plaintiff in error.
*Samuel J. Boykin,* contra.